FILED
JAN 2 1 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUDGE JOHNSTON

MAGISTRATE JUDGE JENSEN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 21 CR 50008 |
| ) | |
| vs. ) | Violation: Title 18, United States Code, Section 1343 |
| ) | |
| SCOTT KOTESKI ) | |

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

   a. Association A was a non-profit business created to bring broadband internet technology to smaller municipalities in northern Illinois. Association A had a board of directors that included a president, secretary and treasurer. Each member municipality selected an individual to sit on the board of directors. Municipalities that wanted the broadband internet technology joined Association A and paid for access to the broadband internet technology. The cities of Rochelle, Batavia and Rock Falls were members of Association A.

   b. Defendant SCOTT KOTESKI was an employee of the City of Rochelle. Starting in 2011, defendant KOTESKI was selected as the treasurer of Association A. As the treasurer for Association A, defendant KOTESKI handled the invoicing and billing of the member municipalities. As of February 2012, defendant KOTESKI had signatory authority on Association A's bank account.

   c. Credit Card Company A maintained a server in Richmond, Virginia. When a Credit Card Company A customer made an online payment, the payment transmission was sent from the customer's originating bank to Richmond, Virginia, where the payment was processed.

2. From at least as early as September 2012, and continuing to at least April 2018, in

Rochelle, within the Northern District of Illinois, Western Division, and elsewhere:

SCOTT KOTESKI,

defendant herein, knowingly devised, and intended to devise, and participated in a scheme to defraud Association A and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of materials facts, which scheme is more fully set out below.

3. It was the object of the scheme that defendant SCOTT KOTESKI would and did enrich himself by obtaining at least approximately $150,000 in money from Association A which he used for his own benefit without Association A's knowledge or consent.

4. It was a part of the scheme that between 2012 and 2018, defendant SCOTT KOTESKI, as a signatory on Association A's bank account, wrote numerous checks to himself from Association A's bank account, which defendant KOTESKI deposited into his personal bank account for his personal benefit.

5. It was further a part of the scheme that in 2018, defendant SCOTT KOTESKI made online payments from Association A's bank account to Credit Card Company A to pay for balances on his personal Credit Card Company A credit card, and to Online Company A, an online loan financing company, to pay for balances on his Online Company A loan.

6. It was further part of the scheme that defendant SCOTT KOTESKI did misrepresent, conceal, and hide, and caused to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and the purpose of those acts. For example, defendant KOTESKI, as a signatory on Association A's bank account, wrote false information on the memo line of checks written to him from Association A's bank account to make it appear the checks were for

reimbursement of personal monies defendant KOTESKI spent for Association A when, in fact, defendant KOSTESKI was not entitled to reimbursement.

7. On or about March 1, 2018, at Rochelle, Illinois, in the Northern District of Illinois, Western Division,

SCOTT KOTESKI,

defendant herein, for the purpose of executing the scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused to be transmitted in interstate commerce by means of wire communication, certain writings, signs, and signals, namely, a $2,000 online payment from Association A's bank account in Rochelle, Illinois, to Credit Card Company A's online payment processing server in Richmond, Virginia, to pay off defendant's personal credit card balance;

In violation of Title 18, United States Code, Section 1343.

_____
UNITED STATES ATTORNEY