**FILED**

**JAN 21 2021**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: **21 CR 50008**
Case Name: U.S. v. Scott Koteski

**JUDGE JOHNSTON**

**MAGISTRATE JUDGE JENSEN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO ☒   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO ☒   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO ☒   YES ☐**   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO ☒   YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO ☒   YES ☐**

6) What level of offense is this indictment or information?   **FELONY ☒   MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   **NO ☒   YES ☐**

8) Does this indictment or information include a conspiracy count?   **NO ☒   YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ........... (II) | ☐ Postal Fraud ..................... (II) | ☐ Miscellaneous General Offenses. (IV) |
| ☐ Bank robbery ................... (II) | ☒ Other Fraud ..................... (III) | ☐ Immigration Laws ............... (IV) |
| ☐ Post Office Robbery ....... (II) | ☐ Auto Theft ........................ (IV) | ☐ Liquor, Internal Revenue Laws... (IV) |
| ☐ Other Robbery ................ (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .................. (IV) |
| ☐ Assault ............................ (III) | ☐ Forgery ............................. (III) | ☐ Motor Carrier Act ..................... (IV) |
| ☐ Burglary ........................... (IV) | ☐ Counterfeiting ................... (III) | ☐ Selective Service Act ................ (IV) |
| ☐ Larceny and Theft ........... (IV) | ☐ Sex Offenses ..................... (II) | ☐ Obscene Mail ........................... (III) |
| ☐ Postal Embezzlement ....... (IV) | ☐ DAPCA Marijuana ............ (III) | ☐ Other Federal Statutes .............. (III) |
| ☐ Other Embezzlement ...... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Section 1343

*/s/ Scott R. Paccagnini*
SCOTT R. PACCAGNINI
Assistant United States Attorney

(Revised 11/13)