# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:21−cr−50008
Honorable Iain D. Johnston

Scott Koteski

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 22, 2021:

MINUTE entry before the Honorable Iain D. Johnston as to Scott Koteski (1): The Initial Appearance, Arraignment and Plea hearing is set for 3/9/2021 at 11:00 AM. The hearing will be held remotely by video. Counsel of record will receive an email prior to the start of the hearing with instructions to join the video conference. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (571) 353−2300, with access code 403380724. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.