U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **USA v. Scott Koteski**  Case Number: **3:21-CR-50008-1**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**Scott Koteski, Defendant**

| | |
|---|---|
| NAME (Type or print) **BRENDAN W. CAVER** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ BRENDAN W. CAVER | |
| FIRM **LAW OFFICE OF BRENDAN W. CAVER, LTD.** | |
| STREET ADDRESS **308 WEST STATE STREET, SUITE 321** | |
| CITY/STATE/ZIP **ROCKFORD, ILLINOIS 61101** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6284724** | TELEPHONE NUMBER **815-714-9508** |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  **Y**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  **N**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  **Y**

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  **Y**

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL **X**  APPOINTED COUNSEL