# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:21−cr−50008
Honorable Iain D. Johnston

Scott Koteski

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 9, 2021:

MINUTE entry before the Honorable Iain D. Johnston as to Scott Koteski: Initial appearance, Arraignment and Plea hearing held on 3/9/2021. All parties consent to the hearing held by video. Defendant advised of his rights. Defendant waives his right to prosecution by indictment. The Court finds the defendant is competent and capable of entering a plea of guilty. The defendant enters a plea of guilty to Count 1 and his plea is accepted. This cause is referred to the U.S. Probation Office for a presentence investigation. The presentence report shall be filed by 6/8/2021. Any motion or objections directed to the presentence report shall be filed by 6/22/2021. Sentencing set for 6/29/2021 at 10:00 AM and shall be held in−person. Government does not move for detention and agrees to the proposed conditions. Defendant is released on a $4500 bond with conditions as stated on the record. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.