AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21 CR 50008 |
| SCOTT KOTESKI | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:

*Defendant's signature*

*Signature of defendant's attorney*

Brendan Caver
*Printed name of defendant's attorney*

*Judge's signature*

Iain D. Johnston, District Judge
*Judge's printed name and title*

FILED
3/9/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT