**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21 CR 50008 - 1 |
| | ) | Judge Iain D. Johnston |
| SCOTT KOTESKI | ) | |

## NOTICE OF FILING

To:    AUSA Scott Paccagnini
        327 South Church Street, Suite 3300
        Rockford, Illinois 61101

     **PLEASE TAKE NOTICE** that on the 27th day of June, 2021, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, 327 South Church Street, Rockford, Illinois 61101, the following pleading:

**DEFENDANT'S SENTENCING MEMORANDUM**

A copy of said pleading is attached hereto and is herewith served upon you.

                                            By:    /s/ *Brendan W. Caver*
                                                              Brendan W. Caver
                                                              Attorney for Defendant

## CERTIFICATE OF SERVICE

     The undersigned counsel certifies that he served the above and foregoing document upon all parties entitled to notice thereof by use of this Court's Electronic Case Management system on the 27th day of June, 2021.

                                                                   /s/ *Brendan W. Caver*
                                                                   Brendan W. Caver


*Brendan W. Caver*
Law Office of Brendan W. Caver, Ltd.
308 West State Street #321
Rockford, Illinois 61101
(815) 714-9508
Brendan@CaverLawOffice.com