# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:21–cr–50008
Honorable Iain D. Johnston

Scott Koteski

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 29, 2021:

MINUTE entry before the Honorable Iain D. Johnston as to Scott Koteski (1): Sentencing hearing held on 6/29/2021. Defendant present in court with the assistance of defense counsel. Conditions of pretrial release are modified to include the following: the defendant is allowed to travel to Greensboro, North Carolina and shall provide pretrial with his travel dates and designation. Enter Judgment and Commitment Order. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.