**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 21-CR-50008 |
| | ) | |
| SCOTT KOTESKI | ) | Hon. Judge Iain Johnston |

**URGENT (BUT NOT EMERGENCY) MOTION FOR EXTENSION**
**OF DATE FOR SELF SURRENDER TO BUREAU OF PRISONS**

**NOW COMES** Defendant, **SCOTT KOTESKI** by and through his attorney Brendan W. Caver, and for his motion states as follows:

1. Defendant was previously sentenced to a term of incarceration in the bureau of prisons with a self-surrender date of **September 20, 2021 at 2:00 p.m., today**.

2. Today at 6:30 a.m., Defendant's grandchild was born. Defendant would like to see his grandchild and would also like to be available to assist his son in the care of the newborn immediately following the child's birth.

3. Defendant understands that the filing of this motion does not toll his self-surrender date of today as previously scheduled, if it is not granted before that time.

4. The government does not object to the request to extend Defendant's self-surrender date by seven (7) days to September 27, 2021 at 2:00 p.m.

5. Pretrial services does not object to the request to extend Defendant's self-surrender date by seven (7) days to September 27, 2021 at 2:00 p.m.

WHEREFORE, Defendant prays this court grant this motion and extend Defendant's self-surrender date by seven (7) days to September 27, 2021 at 2:00 p.m., even if simply by a docket entry.

Respectfully Submitted,
By: /s/ *Brendan W. Caver*
on behalf of Defendant

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that he served the above and foregoing document upon all parties entitled to notice thereof by use of this Court's Electronic Case Management system on the 20th day of September, 2021.

/s/ *Brendan W. Caver*
Brendan W. Caver

**Brendan W. Caver**
Law Office of Brendan W. Caver, Ltd.
308 West State Street #321
Rockford, Illinois 61101
(815) 714-9508
Brendan@CaverLawOffice.com