**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 21-CR-50008 |
| | ) | |
| SCOTT KOTESKI | ) | Hon. Judge Iain Johnston |

**NOTICE OF FILING**

To:  AUSA Scott Paccagnini
   327 South Church Street, Suite 3300
   Rockford, Illinois 61101

**PLEASE TAKE NOTICE** that on the 20th day of September, 2021, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, 327 South Church Street, Rockford, Illinois 61101, the following pleading:

**URGENT (BUT NOT EMERGENCY) MOTION FOR EXTENSION
OF DATE FOR SELF SURRENDER TO BUREAU OF PRISONS**

A copy of said pleading is attached hereto and is herewith served upon you.

   By:  /s/ *Brendan W. Caver*
      Brendan W. Caver
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that he served the above and foregoing document upon all parties entitled to notice thereof by use of this Court's Electronic Case Management system on the 20th day of September, 2021.

   /s/ *Brendan W. Caver*
   Brendan W. Caver

**Brendan W. Caver**
Law Office of Brendan W. Caver, Ltd.
308 West State Street #321
Rockford, Illinois 61101
(815) 714-9508
Brendan@CaverLawOffice.com