# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                Case No.: 3:21−cr−50008
                                                Honorable Iain D. Johnston

Scott Koteski

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 20, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: The defendant's motion to extend his surrender date [19] is granted. The defendant shall now surrender to the U.S. Marshal for this district at 2:00PM on 9/27/2021. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.