# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Scott Koteski

Defendant.

Case No.: 3:21−cr−50008
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 21, 2021:

    MINUTE entry before the Honorable Iain D. Johnston as to Scott Koteski: The U.S. Marshal Service has alerted the Court that the defendant has been designated to surrender to a particular BOP facility. By 9/22/2021 the parties shall submit a proposed order to the Court's proposed order inbox granting the agreed motion for an extension of time [19]. Upon review, the Court will substitute the proposed order for entry #20. The Clerk is directed to forward a copy of this order to the U.S. Marshal Service. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.