**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 21-CR-50008 |
| | ) | |
| SCOTT KOTESKI | ) | Hon. Judge Iain Johnston |

## JOINT STATUS REPORT

The parties, by their attorneys, hereby submit the following joint status report pursuant to the court's September 21, 2021 order:

1. The court, having granted Defendant's motion to extend time to self-surrender, is advised that Defendant had been admitted to BOP's FCI Terre Haute facility by the time the facility received a copy of the court's very timely docket entry yesterday.

2. Defendant thanks the court for its extraordinarily fast consideration of his motion, and also for granting his motion.

3. Defendant's wife understands that the government cannot agree to a furlough, and has advised undersigned counsel that Defendant wishes instead of filing a furlough motion, to serve his time at BOP beginning yesterday as previously ordered by the court.

4. Undersigned counsel therefore proposes that the current docket entry of September 20, 2021, as Defendant was already in BOP custody as previously ordered, stand as moot.

Respectfully Submitted

By: /s/ *Brendan W. Caver*
Brendan W. Caver
Attorney for Defendant

/s/ AUSA Scott Paccaganini
Attorney for the United States

*Prepared by:*
**Brendan W. Caver**
Law Office of Brendan W. Caver, Ltd.
308 West State Street #321
Rockford, Illinois 61101
(815) 714-9508
Brendan@CaverLawOffice.com