# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                      Case No.: 3:21−cr−50008
                                              Honorable Iain D. Johnston

Scott Koteski

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2021:

      MINUTE entry before the Honorable Iain D. Johnston as to Scott Koteski: Status report [22] received and reviewed. At the request of the parties, docket entry #20 is withdrawn. The defendant's motion for an extension of time [19] is stricken as moot. The Clerk is directed to forward a copy of this order to the U.S. Marshal Service. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.